No. 39. AVERY *v.* MIDLAND COUNTY ET AL. Sup. Ct. Tex. (Certiorari granted, 388 U. S. 905.) Motion of Solicitor General for leave to participate in oral argument, as *amicus curiae,* granted and thirty minutes allotted for that purpose. Counsel for respondents allotted an additional thirty minutes for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Acting Solicitor General Spritzer* on the motion.

No. 43. ALBRECHT *v.* HERALD Co., DBA GLOBE-DEMOCRAT PUBLISHING Co. C. A. 8th Cir. (Certiorari granted, 386 U. S. 941; see also, *ante,* p. 805.) Motion of respondent to remove case from summary calendar denied. *Lon Hocker* on the motion.

No. 703. BARBER *v.* PAGE, WARDEN. C. A. 10th Cir. (Certiorari granted, *ante,* p. 819.) Motion of petitioner for appointment of counsel granted. It is ordered that *Ira C. Rothgerber, Jr., Esquire,* of Denver, Colorado, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 168, Misc. ELLIOTT, ADMINISTRATOR *v.* SIERZENGA ET AL. Motion for leave to file petition for writ of certiorari denied.

No. 424, Misc. CULLY *v.* PENNSYLVANIA. Motion for leave to file petition for writ of habeas corpus denied.

No. 482. UNITED STATES *v.* JOHNSON ET AL. Appeal from D. C. N. D. Ga. Probable jurisdiction noted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this case. *Solicitor General Marshall, Assistant Attorney General Doar* and *David L. Norman* for the United States.